FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Smith        55535

(Last Name)    (Identification Number)

Frederick   Eugene

(First Name)       (Middle Name)

Forrest County Regional Jail

(Institution)

55 Arena Drive H'burg, Miss.
                        39401

(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

V.        CIVIL ACTION NUMBER: 2:19cv 117-KS-MTP

(to be completed by the Court)

Forrest County Regional
Jail

Billy McGee

(Enter the full name of the defendant(s) in this action)

[FILED stamp:]
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 1 4 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (✓)    No (  )

B.  Are you presently incarcerated?
    Yes (✓)    No (  )

C.  At the time of the incident complained of in this complaint, were you incarcerated because
    you had been convicted of a crime?
    Yes (  )    No (✓)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes (  )    No (✓)

E.  At the time of the incident complained of in this complaint, were you an inmate of the
    Mississippi Department of Corrections (MDOC)?
    Yes (  )    No (✓)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes (✓)    No (  )

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Frederick E. Smith   Prisoner Number: 55535

Address: 55 Arena Drive  Hattiesburg, Miss. 39401

_____

_____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Billy McGee   is employed as  Sheriff of Forrest County at Forrest County Regional Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Central Miss Correction Facility   ADDRESS: 3794 Hwy 468 Pearl, Ms. 39208
Home Address 104 Scotland Circle  Hattiesburg, Miss. 39401

DEFENDANT(S):

NAME: Forrest County Adult Detention Center   ADDRESS: 55 Arena Drive Hattiesburg Mississippi  39401

_____   _____

_____   _____

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions.  Failure to do so may result in your case being dismissed.**

A.   Have you ever filed any lawsuits in a court of the United States?    Yes (    )  No (✓)

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you.  (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

    1.   Parties to the action:_____

    2.   Court (if federal court, name the district; if state court, name the county):_____

    3.   Docket Number:_____

    4.   Name of judge to whom case was assigned:_____

    5.   Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

CASE NUMBER 2.

    1.   Parties to the action:_____

    2.   Court (if federal court, name the district; if state court, name the county):_____

    3.   Docket Number:_____

    4.   Name of judge to whom case was assigned:_____

    5.   Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

**STATEMENT OF CLAIM**

III.   State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Was sent to a eye doctor by Nurse Lisa and was told that I needed surgery to remove growth from both eyes on March 13, 2019. I was sent to Souther Eye Center July 30, 2019 and was told that another appointment was scheduled. Its been 8 months and I have had migraine headaches, and have not got any medical health from the medical staff at Forrest County Regional Jail.

**RELIEF**

IV.   State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

$50,000 Seeking money? for inadequate health care, and pain and suffering for not providing medical attention and my eyes have got worse from not getting any medical attention from the staff.

Signed this 5th day of August, 20 19.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Frederick Smith
Signature of plaintiff

Page 4 of 4

page 1

I Frederick Smith #55535 a inmate at Forrest County Regional Jail came here September 18, 2018. I saw Doctor Lisa in January 2019 about my eyes, and she referred me to a eye doctor to have growth removed from both eyes. I finally got a appointment March 13, 2019 at the Family Health Center. I had my eyes dialated and the doctor there referred me to a eye specialist to have the growth removed from both eyes, and get eye glasses. I did numerous grievance and sick call about my eyes. I complained about my vision and headaches but I got nothing for relief or help with this. After I complained for a couple of months I finally was sent to Southern Eye Center on July 30, 2019 and I had my eyes dialated again by Nurse Danica then I saw the Doctor whose name is Dr. Griffith who said that I needed the surgery to remove the growth from both eyes. He told me that he would schedule a appointment for the surgery. I am still suffering from blurred vision and migraine headaches. Since I came from the Southern Eye Center on July 30, 2019 I have not had any eye drops or any

page 2

thing for headache. I am filing this lawsuit for enadequate health care and pain and suffering. Due to my lack of knowledge about filling this lawsuit form out I ask the court to help me with any thing I did not do correctly. I am seeking $50,000 in damages.

Respectfully Submitted,
Frederick Smith #55535

Page 3

This is in regard to my address situation. I at the time of filing this lawsuit was a inmate at Forrest County Adult Detention Center. I was sentenced to 4 years to serve on or about July 13, 2019. I have been in jail since September 18, 2019 which at the present time I have served 11 months on a 25% of 4 years is 12 months. I am saying this because I am going to Central Mississippi Correctional Facility to be processed then paroled out from there. I have sent the address to that Facility and also my home address. I have been sentenced now for 4 weeks so I should be sent to the Central Miss. Correctional Facility by the time the U.S. District Court or Clerk gets this letter. I stated that my lack of knowledge of filling out this lawsuit form. If there is any corrections I need to make please address them to me when you write me back with the next step.

Respectfully Submitted

Frederick Smith #55535